UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JADRANKA BEGONJA,

                          Plaintiff,

          -v-

VORNADO REALTY TRUST, et al.,

                         Defendants.

15 Civ. 4665 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(b). Dkt. 56. The Court sets the following briefing schedule:

- Plaintiff's opposition is due March 3, 2021; and
- Defendants' reply is due March 17, 2021.

As plaintiff is now proceeding *pro se*, defendants are directed to serve forthwith their motion to dismiss and supporting papers and this order on plaintiff. Defendants are directed to file an affidavit stating that they have done so by February 10, 2021.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                                _____
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: February 3, 2021,
         New York, New York