UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JADRANKA BEGONJA,<br><br>                                   Plaintiff,<br>                 -v-<br><br>VORNADO REALTY TRUST, et al.,<br><br>                                   Defendants. | 15 Civ. 4665 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from *pro se* plaintiff Jadranka Begonja. Dkt. 62. The Court will treat this letter as plaintiff's opposition to defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 41(b). Defendants' reply is due March 17, 2021.

Defendants are directed to serve forthwith this order on plaintiff and to file an affidavit stating that they have done so by February 17, 2021.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 11, 2021,
          New York, New York