# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JADRANKA BEGONJA,

                Plaintiff,                15 **CIVIL** 4665 (PAE)

     -against-                **JUDGMENT**

VORNADO REALTY TRUST ET AL.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 4, 2021, the Court dismisses this action with prejudice for failure to prosecute pursuant to Rule 4l(b) of the Federal Rules of Civil Procedure.

**Dated:**  New York, New York
         November 5, 2021

                                            **RUBY J. KRAJICK**

                                                **Clerk of Court**

                    **BY:**

                                                  **Deputy Clerk**